No. 86–6568.   SANDS v. ARIZONA DEPARTMENT OF ECONOMIC SECURITY ET AL.   Appeal from Sup. Ct. Ariz. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–6612.   LEWINGDON ET AL. v. CELESTE ET AL.   Appeal from C. A. 6th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–768.   RUNNELLS v. LEVY ET AL.   Application for bail and other relief, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–796.   MIGUEL T. v. COMMISSIONER, NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES, ET AL.   Family Ct., Kings County, N. Y.   Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.

No. D–602.   IN RE DISBARMENT OF HOLMES.   Disbarment entered.   [For earlier order herein, see 479 U. S. 1051.]

No. D–613.   IN RE DISBARMENT OF SASSOWER.   Disbarment entered.   [For earlier order herein, see 480 U. S. 914.]

No. D–617.   IN RE DISBARMENT OF CASLER.   Disbarment entered.   [For earlier order herein, see 480 U. S. 928.]

No. D–633.   IN RE DISBARMENT OF MONAGHAN.   It is ordered that Peter Joseph Monaghan, of Bergenfield, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 85–2079.   LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA ET AL. v. ADVANCED LIGHTWEIGHT CONCRETE CO., INC.   C. A. 9th Cir.   [Certiorari granted, 479 U. S. 1083.]   Motion of National Coordinating Committee for Multiemployer Plans for leave to file a brief as *amicus curiae* granted.

No. 86–246.   SUMNER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. v. SHUMAN.   C. A. 9th Cir.   [Certiorari granted, 479 U. S. 948.]   Motion of petitioners for leave to file